GERTRUDE MORIN et al., Respondents, *v.* STAR PLUMBING Co., INC., et al., Appellants.

(Submitted October 26, 1933; decided November 21, 1933.)

*Frederick Mellor* for appellants.

*Emanuel Hayt* and *Julius Rosenthal* for respondents.

Judgment affirmed, with costs; no opinion.

Concur: POUND, Ch. J., CRANE, LEHMAN, KELLOGG, O'BRIEN, HUBBS and CROUCH, JJ.